**Order entered July 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00113-CR

**DAVION VAN QUINN SCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-75064-R**

### ORDER

Before the Court is appellant's July 8, 2022 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by August 10, 2022.

/s/    LANA MYERS
JUSTICE